**Alvin L. LIEBLING, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 01–3186.

United States Court of Appeals, Federal Circuit.

June 21, 2001.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).